Andrew D. Campbell, OSB #022647
Email: andrew@heltzel.com
Heltzel Williams PC
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
    Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **IVAN OCEGUEDA**, as the personal representative of the **Estate of Isaac Ocegueda**; and **YULENI ZAVALA**, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>**COUNTY OF POLK**, a municipality, **SHERIFF MARK GARTON**, an individual and in his official capacity, and **DEPUTY MICHAEL SMITH**, an individual and in his official capacity,<br><br>        Defendants. | Case No. 3:24-cv-00125-JR<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order (ECF# 20), the parties submit this status report. Although technically filed by Defendants, the parties conferred and this filing is made jointly. The following is an update on the criminal matter in state court:

- Pretrial conference set for September 23, 2024 at 8:30 AM

1 – JOINT STATUS REPORT
ADC:mom/W:\CLIENTS\SM20715\001\01154655.DOCX

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ▪ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ▪ FACSIMILE (503) 370-4302**

- Five-day jury trial set for January 27, 2025.

Dated this 3rd day of September, 2024.

        HELTZEL WILLIAMS PC

        s/ Andrew D. Campbell
        Andrew D. Campbell, OSB #022647
        Attorney for Defendants
        PO Box 1048
        Salem, OR 97308
        Phone No. (503) 585-4422
        Fax No. (503) 540-6534
        Email: andrew@heltzel.com

2 – JOINT STATUS REPORT
ADC:mom/W:\CLIENTS\SM20715\001\01154655.DOCX

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ■ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ■FACSIMILE (503) 370-4302**

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **JOINT STATUS REPORT** on:

  Andrew G Bridge
  Neil Halttunen
  Jarvis Bridge Halttunen & Weyer LLC
  484 NE Bovard Ave
  Dallas, OR 97338
  Email: bridge@jbhwlaw.com
  Email: halt@jbhwlaw.com
        Attorneys for Plaintiffs

☐ By mailing to said attorney(s) a full and correct copy therefor, contained in a sealed envelope, with postage paid, addressed to said attorney(s) as stated above and deposited in the United States Post Office at Salem, Oregon.

☐ By hand delivering to said attorney(s) a true copy thereof.

☑ By emailing to said attorney(s) at their above listed email address(es) a true copy thereof.

☑ By electronic filing with the District Court's CM/ECF system. The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a Filing User in accordance with Fed. R. Civ. P. 5(d).

Dated this 3rd day of September, 2024.

                    HELTZEL WILLIAMS PC

                    s/ Andrew D. Campbell
                    Andrew D. Campbell, OSB #022647
                    Attorney for Defendants
                    PO Box 1048
                    Salem, OR 97308
                    Phone: (503) 585-4422
                    Fax: (503) 370-4302
                    Email: Andrew@heltzel.com

3 − JOINT STATUS REPORT
ADC:mom/W:\CLIENTS\SM20715\001\01154655.DOCX

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ■ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ■ FACSIMILE (503) 370-4302**